IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FRANKLIN DELANO RAGSDALE, | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | Civil No. 3:06-CV-863-K (BH) |
| | § | |
| CLASSROOM TEACHERS OF DALLAS, et al., | § | Consolidated with No. 3:06-CV-870-D |
| | § | |
| | § | |
| Defendants. | § | ECF |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, concerning Plaintiff's *Motion for Summary Judgment*, filed October 3, 2006, his *Motion for Default Judgment*, filed October 4, 2006, and his *Motion to Dispose of Civil Cause*, filed November 9, 2006, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. All of these Motions are **DENIED**.

SIGNED this 21st day of November, 2006.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE