IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FRANKLIN DELANO RAGSDALE, | § |
| | § |
| Plaintiff, | § |
| | § Civil Action No. 3:06-CV-863-K (BH) |
| v. | § |
| | § (Consolidated with No. 3:06-CV-870-D) |
| CLASSROOM TEACHERS OF | § |
| DALLAS, et al., | § |
| | § |
| Defendants. | § ECF |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.  Accordingly, the Court construes Defendants' September 22, 2006 letter as a notice of voluntary dismissal pursuant to FED. R. CIV. P. 41(a)(1), and the action against Defendants Leticia McGowan and Tourischeva Cannon, is therefore dismissed without prejudice.

**SO ORDERED**

Signed on this 29th day of November, 2006.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE