IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FRANKLIN DELANO RAGSDALE, | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | Civil Action No. 3:06-CV-863-H (BH) |
| | § | |
| CLASSROOM TEACHERS OF DALLAS, et al., | § | (Consolidated with No. 3:06-CV-870-D) |
| | § | |
| Defendants. | § | ECF |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, concerning the *Motion to Dismiss by Defendants Dallas Independent School District, Michael Hinojosa, Troy Coleman, Luis Tamez, Velinda Thomas, Thomas Garner, and Freddie Jackson*, filed August 15, 2006, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The Motion is **GRANTED** as to Plaintiff's 42 U.S.C. § 1988 claim, and it is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 12(b)(6). The Motion is **DENIED** as to Plaintiff's 42 U.S.C. §§ 1981, 1983, 1985(3), and 1986 claims. Plaintiff's claim for relief under Tex. Lab. Code § 52.031 is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 12(b)(1).

SIGNED this 5th day of February, 2007.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE