# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| FRANKLIN DELANO RAGSDALE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil No. 3:06-CV-863-K (BH) |
| v. | § | |
| | § | (Consolidated with 3:06-CV-870-D) |
| CLASSROOM TEACHERS OF | § | |
| DALLAS, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the of the United States Magistrate Judge, I am of the opinion that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and are adopted as the Findings and Conclusions of the Court.

It is therefore ORDERED that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are adopted. Accordingly, the *Motion for Summary Judgment of Defendants NEA-Dallas, Dale Kaiser, Kevin Lungwitz, and E.C. Walker* is hereby **GRANTED**. Plaintiff's claims arising under 42 U.S.C. §§ 1981, 1983, 1985(3), and 1986 against these Defendants are dismissed, with prejudice. To the extent that

Plaintiff's requests reconsideration of previous rulings denying his motion for judgment,

such request is **DENIED**.

SO ORDERED.

SIGNED this 26th day of September, 2007.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE